NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

―――――――――――――

**UNITED STATES CAPITOL POLICE,**
*Petitioner*

**v.**

**OFFICE OF COMPLIANCE,**
*Respondent*

**UNITED STATES CAPITOL POLICE LABOR COMMITTEE,**
*Intervenor*

―――――――――――――

2017-2060, 2017-2062, 2017-2063, 2017-2064

―――――――――――――

Petitions for review of decisions of the Board of Directors of the Office of Compliance in Nos. 16-LM-03 (NG), 16-LM-04 (NG), 16-LM-05 (NG), 16-LM-06 (NG).

―――――――――――――

Decided: November 6, 2018

―――――――――――――

FREDERICK M. HERRERA, Office of Employment Counsel, United States Capitol Police, Washington, DC, argued for petitioner. Also represented by RAFIQUE OMAR ANDERSON, KELLY MARISSA SCINDIAN.

JOHN D. UELMEN, Office of the General Counsel,

United States Office of Compliance, Washington, DC, argued for respondent. Also represented by JULIA AKINS CLARK.

MEGAN KATHLEEN MECHAK, Woodley & McGillivary LLP, Washington, DC, argued for intervenor.

_____

Before DYK, LINN, and TARANTO, *Circuit Judges.*

PER CURIAM.

The petitions for review are dismissed for lack of jurisdiction in this court. *See U.S. Capitol Police v. Office of Compliance*, Nos. 2017-2061, 2018-1504, slip op. at 8–12 (Fed. Cir. Nov. 6, 2018).

No costs.

**DISMISSED**